

*State of New Jersey*

| PHILIP D. MURPHY | OFFICE OF THE ATTORNEY GENERAL | GURBIR S. GREWAL |
| *Governor* | DEPARTMENT OF LAW AND PUBLIC SAFETY | *Attorney General* |
| | DIVISION OF LAW | |
| SHEILA Y. OLIVER | 25 MARKET STREET | MICHELLE L. MILLER |
| *Lt. Governor* | PO BOX | *Director* |
| | TRENTON, NJ 08625-0 | |

July 28, 2020

**Via ECF**
Honorable William J. Martini, U.S.D.J.
U.S. District Court of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re: <u>Schuman v. Kean University, et al.</u>
          Civil Action No. 2:19-cv-20413-WJM-MF

Dear Judge Martini:

    I represent Defendants in the above-referenced matter. Plaintiff has filed a motion for reconsideration, which is returnable before Your Honor on August 3, 2020. I am writing to respectfully request an adjournment of Plaintiff's motion until September 8, 2020, due to an illness that I had in the beginning of the month, which has caused a backlog in my assignments. Plaintiff's counsel, Kevin Haverty, Esq., has consented to this request. Thank you very much for Your Honor's consideration.

                              Respectfully yours,

                              GURBIR S. GREWAL
                            ATTORNEY GENERAL OF NEW JERSEY

                By:   <u>/s/ Rimma Razhba</u>
                        Rimma Razhba
                        Deputy Attorney General

Cc: Kevin Haverty, Esq. (via Electronic Filing)

