# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVIDA SCHUMAN**,<br><br>Plaintiff,<br><br>v.<br><br>**KEAN UNIVERSITY**, *et al.*,<br><br>Defendants. | Civ. No.: 2:19-cv-20413<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

    Before the Court is Plaintiff's motion for reconsideration of this Court's June 24, 2020 Order dismissing the matter, ECF No. 17. For the reasons stated in the accompanying opinion, **IT IS** on this 10th day of December, 2020, **ORDERED** that Plaintiff's motion for reconsideration, ECF No. 17, is **DENIED**.

                                                  */s/ William J. Martini*
                                         **WILLIAM J. MARTINI, U.S.D.J.**