# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-3523

Davida Schuman v. Kean University, et al

(U.S. District Court No.: 2-19-cv-20413)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with prejudice and without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 06, 2021
CLW/cc: Kevin Haverty, Esq.
          Rimma Razhba, Esq.
          Mr. William T. Walsh,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate